In the Matter of HARRY BASS et al., Appellants, against GEORGE M. BRAGALINI, as Commissioner of Taxation and Finance and President of State Tax Commission et al., Respondents.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante,* p. 944.]